IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES RAMSEY,                                    PETITIONER

V.                                               NO. 2:05CV132-P-B

THOMAS G. TAYLOR, et al.,                        RESPONDENTS

## FINAL JUDGMENT

In accordance with the opinion issued this day,

1) the instant cause is **STAYED** until such time that Petitioner has exhausted his state court remedies;

2) Petitioner should pursue post-conviction relief in the appropriate state court immediately, but within 30 days of this order; and

3) upon conclusion of the state post-conviction proceedings, Petitioner will have 30 days to file a motion in this action to lift the stay.

**IT IS SO ORDERED.**

THIS the 30th day of April, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE