IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JAMES RAMSEY,                                                             PETITIONER

V.                                                                                          NO. 2:05CV132-P-B

THOMAS G. TAYLOR, et al.,                                         RESPONDENTS

**FINAL JUDGMENT**

On April 30, 2007, in a memorandum opinion, the court stayed this matter allowing Ramsey to return to state court to exhaust state court remedies available to him through post-conviction review. The accompanying final judgment instructed Ramsey to seek state court review "immediately but within 30 days." On January 7, 2008, Ramsey filed a motion for extension of time which indicated he may not have yet initiated state court proceedings.

The status of Ramsey's post-conviction review in state court, if any, is unclear. Any such pending proceedings could take a substantial amount of to resolve. Rather than maintaining this matter on the court's active docket while Ramsey seeks review in state court, the court finds that the petition should be DISMISSED WITHOUT PREJUDICE to Ramsey's right to pursue federal habeas relief at a later date. Accordingly, this matter is CLOSED.

**IT IS SO ORDERED.**

THIS the 27th day of May, 2008.

                                                                                     /s/ W. Allen Pepper, Jr.
                                                                                     W. ALLEN PEPPER, JR.
                                                                                     UNITED STATES DISTRICT JUDGE